### LUIS MENDOZ V. THE STATE.

No. 4151.   Decided April 28, 1909.

**Abandonment of Wife—Affidavit—Information.**

In a prosecution of husband abandoning wife, where there was no affidavit supporting the information, the prosecution could not be maintained.

Appeal from the County Court of Hays. Tried below before the Hon. Ed. R. Kone.

Appeal from a conviction of abandoning wife; penalty, a fine of $100.

The opinion states the case.

*B. G. Neighbors,* for appellant.—Jennings v. State, 30 Texas Crim. App., 428; Morris v. State, 2 Texas Crim. App., 502.

*F. J. McCord,* Assistant Attorney-General, for the State.

BROOKS, JUDGE.—This is a conviction of appellant on a charge of abandoning his wife, his punishment being assessed at $100 fine.

There is no affidavit in this record accompanying the information without which a successful prosecution can not be had.

Accordingly the judgment is reversed and the prosecution ordered dismissed.

*Dismissed.*